IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) </br> ) </br> ) |
| v. | ) Case No. 10-cr-108-bbc </br> ) |
| JOSEPH HARRINGTON, | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses the indictment against defendant Joseph Harrington. We have confirmed that Mr. Harrington died on July 26, 2010.

Dated this 5th day of August 2010.

Respectfully submitted,

STEPHEN P. SINNOTT
United States Attorney
By:     / s/

JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

BARBARA B. CRABB
United States District Judge

Dated: August 5, 2010